## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **LEEANORA JOHNSON** | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:14-cv-13972-IT** |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC** | ) | |
| Defendant, | ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a

settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated:  January 19, 2015

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
133 Main Street, Second Floor
North Andover, MA 01845
Phone: (978) 420-4747
Fax#1: (978) 409-1846
Fax#2: (888) 712-4458
Email:  kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

**<u>PROOF OF SERVICE</u>**

I hereby certify that on January 19, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

<u>/s/ Kevin V. K. Crick, Esq.</u>